IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GEORGE OLIVER BRACKEEN (TDCJ No. 2196751), | § § § § § | |
| Plaintiff, | | |
| V. | § § | No. 3:19-cv-1695-N-BN |
| BILL WAYBORN, Tarrant County Sheriff, | § § § § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore transfers this action to the Fort Worth Division of the Northern District of Texas.

SO ORDERED this 3rd day of September, 2019.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE